

____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

JUL 2 5 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOSEPH MORENO,                          )
                                        )
                                        )
            Plaintiff,                  )        3:11-cv-00179-ECR-RAM
                                        )
vs.                                     )
                                        )        **ORDER**
CATHERINE CORTEZ-MASTO, *et al.*,       )
                                        )
                                        )
            Defendants.                 )
_____/

On June 23, 2011, plaintiff filed a motion for entry of clerks default (docket #25) in this prisoner civil rights action brought pursuant to 42 U.S.C. § 1983. The court issued a Screening Order in this case on May 12, 2011 (docket #15) and defendants filed a motion to dismiss on June 20, 2011 (docket #22). No basis exists to grant plaintiff's motion for entry of default judgment against defendants. Accordingly, plaintiff's motion is denied.

1     **IT IS THEREFORE ORDERED** that plaintiff's motion for entry of clerks default

2   (docket #25) is **DENIED.**

3          DATED:  July 25, 2011.

4

5                                                             _____

6                                                             UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26