```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            RENO, NEVADA
```

JOSEPH MORENO,                          )    3:11-cv-00179-ECR-WGC
                                        )
    Plaintiff,                          )    MINUTES OF THE COURT
                                        )
vs.                                     )    DATE: February 17, 2012
                                        )
CATHERINE CORTEZ-MASTO, et al.,         )
                                        )
    Defendant(s).                       )
_____)

PRESENT:     EDWARD C. REED, JR.                      U. S. DISTRICT JUDGE

Judicial Assistant: Candace Knab      Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On January 19, 2012, the Magistrate Judge filed a Report and Recommendation (#44) recommending that Defendants' Motion to Dismiss (#22), filed on June 20, 2011, on Plaintiff's Eighth Amendment claim for deliberate indifference to a serious threat to his safety. No objections were filed.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#44) is well taken and is **APPROVED** and **ADOPTED**. Plaintiff sufficiently alleged a causal connection between Defendants' failure to place him in protective custody and his rape in 2009 to survive a motion to dismiss for failure to state a claim. Further, Plaintiff's claim falls within Nevada's two-year statute of limitations for § 1983 claims because the action accrued in 2009 when Plaintiff was raped. Finally, Plaintiff's claim should not be dismissed for failure to exhaust administrative remedies because it is not merely a classification claim subject to the ten-day prison regulation time period, but a civil rights claim.

    **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (#22) is **DENIED**.

**IT IS FURTHER ORDERED** that the matter of issuing a scheduling order is **REFERRED** to the Magistrate Judge.

```
                                    LANCE S. WILSON, CLERK

                                    By      /s/
                                          Deputy Clerk
```