UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH MORENO, | ) | 3:11-cv-00179-LRH (WGC) |
| Plaintiff, | ) | **MINUTE ORDER** |
| | ) | January 4, 2013 |
| vs. | ) | |
| CATHERINE CORTEZ MASTO, et. al. | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Strike Defendant's Reply (Doc. 94). (Doc. # 105.) Plaintiff seeks to strike Defendants' reply because it was signed by attorney Troy Jordan when Jeff Hoppe was the attorney of record. (*Id*.)

First, at a September 21, 2012 hearing, the court addressed in detail the briefing with respect to Defendants' Motion for Summary Judgment. (*See* Minutes at Doc. # 102.) The subject Reply (Doc. # 94) had already been filed. Plaintiff did not raise this issue at the hearing and the court deemed the matter to be fully briefed. (*Id*.) As a result, it is the court's opinion that Plaintiff waived any objection to the reply brief. Moreover, Senior Deputy Attorney General Troy Jordan filed his Notice of Appearance the same date that the Reply was filed. Therefore, there is no issue with his having signed the Reply. Accordingly, Plaintiff's motion (Doc. # 105) is **DENIED**.

   **IT IS SO ORDERED.**

                                                        LANCE S. WILSON, CLERK


                                                    By:   /s/
                                                        Deputy Clerk