|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | UNITED STATES DISTRICT COURT |
| 7 | DISTRICT OF NEVADA |
| 8 | * * * * * |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

JOSEPH MORENO,            )
                          )
    Plaintiff,            )   3:11-cv-00179-LRH-WGC
                          )
v.                        )
                          )   O R D E R
CATHERINE CORTEZ MASTO, *et al.*,  )
                          )
    Defendants.           )
_____)

Before this Court is Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#107[1]) entered on January 4, 2013, recommending granting Defendants' Motion for Summary Judgment (#84) filed on June 26, 2012, and denying Plaintiff's Motion for Summary Judgment (#91) filed on July 13, 2012. Plaintiff filed his Objection to Magistrate Judge's Report and Recommendation (#108) on January 18, 2013. Defendants filed their Opposition to Plaintiff's Objection to the Magistrate Judge's Report and Recommendation Granting Summary Judgment in Favor of Defendants (#110) on January 28, 2013. Plaintiff then filed his Reply in Support of Plaintiff's Objection to Doc 107 and to Defendants Improperly Made Opposition Pursuant to Doc 103 (#112) on February 11, 2013. Plaintiff also filed a Motion to Strike Defendants Opposition to Plaintiff's Objection to Doc 107 (#111) on February 8, 2013. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. §

---

[1] Refers to court's docket number.

636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections and reply of the Plaintiff, the response of the Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#107) entered on January 4, 2013, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#107) entered on January 4, 2013, is adopted and accepted, and Defendants' Motion for Summary Judgment (#84) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (#91) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike Defendants Opposition to Plaintiff's Objection to Doc 107 (#111) is DENIED.

IT IS SO ORDERED.

DATED this 23rd day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE