1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                        * * *
                                           )
9    JOSEPH MORENO                         )
                                           )
10                 Plaintiff,              )         3:11-cv-0179-LRH-WGC
                                           )
11   v.                                    )
                                           )         ORDER
12   JAMES BACA; et al.,                   )
                                           )
13                 Defendants.             )
     _____   )

14

15          Before the court is plaintiff Joseph Moreno's ("Moreno") motion for a Certificate of

16   Appealability. Doc. #116.[1]

17          On May 12, 2011, Moreno filed a civil rights complaint against defendants alleging an

18   Eight Amendment failure to protect claim. *See* Doc. #16. Defendants moved for summary judgment

19   on his claim (Doc. #84) which was granted by the court (Doc. #113). In response, Moreno appealed

20   the court's order. *See* Doc. #115. Along with his appeal, Moreno filed the present motion for a

21   certificate of appealability. Doc. #116.

22          The court has reviewed Moreno's motion and finds that it is without merit. Moreno

23   misconstrues the nature of his complaint. Moreno did not, as he claims in his motion, file a

24   complaint under 28 U.S.C. § 2254. Rather, Moreno initiated a civil rights action under

25

26   _____

            [1] Refers to the court's docket number.

1  Section 1983. *See* Doc. ##15, 16. As such, a certificate of appealability is not required to appeal the

2  court's order. *See* 28 U.S.C. § 2253 (requiring certificates of appealability prior to appealing a

3  proceeding only under the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA")). A

4  civil rights action under Section 1983 is not a proceeding under AEDPA. Therefore, the court shall

5  deny Moreno's motion.

6

7         IT IS THEREFORE ORDERED that plaintiff's motion for a Certificate of Appealability

8  (Doc. #116) is DENIED.

9         IT IS SO ORDERED.

10        DATED this 18th day of October, 2013.

11

12                                                          _____

13                                                          LARRY R. HICKS
                                                            UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

                                                    2