UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH MORENO, | 3:11-CV-00179-LRH-WGC |
| Plaintiff, | |
| v. | MINUTE ORDER |
| CATHERINE CORTEZ MASTO; *et al.*, | |
| Defendants. | January 29, 2014 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is plaintiff Joseph Moreno's Motion for Production of Transcripts at Government Expense (#123)[1]. There are two hearings on the docket for which transcripts could be ordered (see #78 and #102); the transcript for #78 is already transcribed (*see* #93). No transcript was ordered for the hearing at #102. However, plaintiff filed his Notice of Appeal (#115) on March 8, 2013, along with a designation of transcripts (#117), which was blank.

Pursuant to Appellate Rule of Procedure 10, plaintiff had 14 days from the date of filing his Notice of Appeal by which to order transcripts. Plaintiff's current motion was filed on June 6, 2013, almost three months later. As such, the court will deny plaintiff's motion as untimely. Moreover, the hearing reflected by doc. #102 concerned procedural matters only and the record is clear from the docket entry.

IT IS ORDERED that plaintiff's Motion for Production of Transcripts at Government Expense (#123) is DENIED.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:        /s/
                Deputy Clerk

---

[1] Refers to court's docket number.